FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **620**-- In re Corporate Communications Consultants, Inc. Patent Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/10/02 | 1 | MOTION,BRIEF,SCHEDULE, AND CERT. OF SVC. -- Corporate Communications Consultants, Inc. SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK; SUGGESTED TRANSFEREE JUDGE: ? (emh) |
| 84/10/11 | | CORRECTED SCHEDULE (attached to pldg. 1) -- Corporate Communications Consultants, Inc. (emh) |
| 84/10/12 | | APPEARANCES -- BRUCE W. BABER for Crawford Communications, Inc. IRA M. SIEGEL for Deluxe General, Inc., United Color Lab, Inc., Rebuplic, Inc., Off-Line, Inc., Action Video & Modern Videofilm, Inc.; GREGOR N. NEFF for Corporate Communications Consultants, Inc.; GILBERT E. GOVE for Allied Film Laboratory; ARTHUR GREBOW for Bluth Video Systems; MICHAEL D. BLECHMAN for Robert Bosch; RICHARD M. MOSK for Compact Video Services; ROGER W. ERICKSON for One Pass, Inc. and Leo Diner Film, Inc.; WILLIAM M. HOBBY, III for Digital Video Corp.; JAMES REISMAN for Dubner Computer Systems, Inc. & Mr. Harvey Dubner; ALFRED A. LINDSETH for Fortel, Inc.; PAUL L. RILES for Foto-Kem Industries, Inc.; JOHN E. NATHAN for Home Box Office; SAMUEL B. STONE for Image Transform, Inc.; NATTER AND NATTER for J.S.L. Video Services, Inc.; WARREN R. FULLER for Mediatech, Inc.; CAROL A. SCHRAGER for Movielab Video; THOMAS FRASER for Northwest Teleproductions, Inc.; JAY L. HIMES for Precision Video Services, Inc.; ROBERT C. COLLINS for Producers Color Service, Inc.; JOSEPH E. COUGHLIN for Post Pro Video, Ltd.; ROBERT R. SALMAN for Rank Cintel, Ltd. & Rank Precision Industries, Inc.; A.M. FERNANDEZ for Studio Television Services, Inc.; ISRAEL G. SEEGER for Today Video,Inc.; MARK J. MANDELL for TV-R, Inc.; ALBERT S. ANDERSON for Video Tape Associates, Inc.; RICHARD M. MOSK for Vidtronics, Inc. (emh) |
| 84/10/15 | | APPEARANCES -- FRANK H. PENSKI, ESQ. for Tapepower, Inc.; LAWRENCE J. FOX, ESQ. for NEP Productions, Inc.; JEROLD I. SCHNEIDER, ESQ. for Meilink Industries, Inc. General Television Network Division;ERIC Y. MUNSON, ESQ. for DuArt Film Laboratories, Inc.;MICHAEL PAINTER, ESQ. for Complete Post Production Center, Inc.; DANIEL C. ROSENBERG, ESQ. for AME, Inc.; KENNETH S. GUTTENPLAN, ESQ. for Windsor Total Video, Inc., and Lee Rothberg Productions, Inc.; LEWIS ANTEN, ESQ. for National Film Laboratories, Inc. (rew) |

| | | |
|---|---|---|
| 84/10/16 | | APPEARANCE -- BRYAN KRAVETZ, ESQ. for Entertainment Technology Corporation  (rh) |
| 84/10/16 | 2 | RESPONSE -- Deft. Compact Video, Image Transform Inc. and Vidtronics, Inc. -- w/cert. of svc. (rh) |
| 84/10/16 | 3 | REQUEST FOR EXTENSION OF TIME -- Deft. One Pass and Leo Diner -- EXTENSION WAS DENIED (rh) Response due Oct. 24, 1984 |
| 84/10/16 | 4 | RESPONSE -- Deft. Entertainment Technology Corporation -- w/cert. of svc. (rh) |
| 84/10/17 | 5 | RESPONSE -- Dubner Computer Systems, Inc. and Harvey Dubner -- w/cert. of svc. (emh) |
| 84/10/17 | 6 | MEMORANDUM -- Post Pro Video, Ltd. -- w/Exhibits and cert. of svc. (emh) |
| 84/10/17 | 7 | RESPONSE -- AME, Inc. -- w/cert. of svc. (emh) |
| 84/10/17 | 8 | RESPONSE -- Video Tape Associates, Inc. -- w/cert. of svc. (emh) |
| 84/10/17 | 9 | RESPONSE -- General Television Network (Division of Meilink Industries) -- w/cert. of svc. (emh) |
| 84/10/17 | 10 | RESPONSE -- Robert Bosch GmbH, J.S.L. Video Services, Inc. and Postique, Inc. -- w/cert. of svc. (emh) |
| 84/10/17 | 11 | RESPONSE -- Fortel, Inc. -- w/cert. of svc. (emh) |
| 84/10/17 | 12 | RESPONSE -- National Film Laboratories, Inc. -- w/cert. of svc. (emh) |
| 84/10/17 | 13 | REQUEST FOR EXTENSION OF TIME -- Deluxe Laboratories, Inc., United Color Lab, Inc., Rebublic, Inc., Off-Line, Inc., Action Video and Modern Videofilm, Inc. (referred to as DUROAM GROUP) -- GRANTED to and including October 24, 1984 to above listed defendants ONLY -- Notified PASL  (emh) |
| 84/10/18 | 14 | RESPONSE -- Northwest Teleproductions, Inc. -- w/cert. of svc. (emh) |
| 84/10/18 | 15 | RESPONSE -- Crawford Communications, Inc. -- w/Exhibits and cert. of svc. (emh) |
| 84/10/18 | 16 | RESPONSE -- WRS Motion Picture Corp. -- w/cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 --   In re Corporate Communications Consultants, Inc.
Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/19 | | APPEARANCES -- EDWARD M. ROSENFELD, ESQ. for Trans-American Video, Inc.; ALAN K. ROBERTS, ESQ. for TVC Video, Inc.; ANDRES J. VALDESPINO, ESQ. for Devlin Productions, Inc.; JESSE I. LEVINE, ESQ. for Editing Concepts, Inc.; RICHARD L. HILL, ESQ. for Western National Studio Corp.; RICHARD H. ZAITLEN, ESQ. for Caballero Control Corp.   (ds) |
| 84/10/19 | 17 | LETTER -- defts. James E. Lautz and Lindsay A. Lautz, d.b.a. Positive Video -- w/Stipulation of dismissal from N.D. California (emh) |
| 84/10/22 | 18 | RESPONSE --Deft. Foto-Kem w/cert. of svc. (rh) |
| 84/10/24 | 19 | MEMORANDUM -- Defts. Rank Precision Industries, Inc., Rank Cintel, Ltd., Complete Post Production Center, Inc. and Modern Video Film, Inc. -- w/cert. of svc. (emh) |
| 84/10/24 | 20 | RESPONSE -- One Pass, Inc. and Leo Diner Film, Inc. -- w/cert. of svc. (emh) |
| 84/10/25 | 21 | RESPONSE -- Deft. Producers Color Service, Inc. -- w/cert. of svc. (emh) |
| 84/10/26 | | AMENDED CERT. OF SERVICE (to pldg. 18) -- Foto-Kem   (emh) |
| 84/10/29 | | APPEARANCE:  GEORGE M. McMILLAN for Telemation Productions, Inc. (emh) |
| 84/10/29 | 22 | RESPONSE -- Deft. Norman Ross -- w/cert. of svc. (rh) |
| 84/10/30 | | APPEARANCES -- JAMES A. GOODMAN, ESQ. for Norman Ross   (rh) |
| 84/10/30 | | APPEARANCES -- MICHAEL J. SMITH, ESQ. for Postique, Inc.   (rh) |
| 84/10/31 | 23 | REPLY -- pltf. Corporate Communications Consultants, H Inc. w/cert. of svc.   (rh) |
| 84/11/02 | 24 | RESPONSE -- deft. Bluth Video Systems -- w/cert. of service (cds) |

4.

| | | |
|---|---|---|
| 84/11/05 | 25 | RESPONSE -- defts. Deluxe General Incorp., United Color lab, Inc., Republic, Inc., Off-Line, Inc., Action Video and Modern Videofilm, Inc. w/cert. of svc.  (ds) |
| 84/11/26 | 26 | RESPONSE -- deft. Telemations Productions, Inc. w/cert. of svc.  (ds) |
| 84/11/30 | 27 | RESPONSE -- Telemations Productions, Inc. w/cert. of svc.  (ds) |
| 84/12/11 | 28 | NOTICE OF RELATED ACTION (W/APPEARANCE ATTACHED) -- Corporate Communications consultants, Inc. v. A.F. Associates, Inc., et al., D.New Jersey, #84-4650 -- submitted by Robert M. Zweiman, Esq., counsel for A.F. Associates, Inc.  (cds) |
| 84/12/14 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-10 for Panel hearing in New Orleans, Louisiana on Janurary 24, 1985 (rh) |
| 85/01/03 | 29 | AMENDED MOTION -- to included B-11 thur B-20 for transfer -- pltf. Corporate Communications Consultants, Inc. w/cert. of svc. (rh) |
| 85/01/08 | 30 | RESPONSE -- Deft. Fortel, Inc. -- w/cert. of svc. (rh) |
| 85/01/10 | | APPEARANCE:  W. MONROE STEPHENSON, ESQ. for Pan American Films, et al. |
| 85/01/10 | 31 | RESPONSE -- defts. Pan American Films, John M. Leblanc and Joan Richard Delbert -- w/cert. of svc. (rh) |
| 85/01/14 | | APPEARANCE:  LAWRENCE J. ROSS, ESQ. for Capitol Video Communications Inc.  (rh) |
| 85/01/15 | | APPEARANCE:  RICHARD C. SPITZER, ESQ. for KLM Associates, Inc. (rh) |
| 85/01/15 | 32 | RESPONSE -- Deft. KLM Associates -- w/cert. of svc. (rh) |
| 85/01/16 | 33 | RESPONSE -- WRS Motion Picture Corp. -- w/cert. of svc. (emh) |

5

620     In re Corporate Communications Consultants, Inc., Patent
        Litigation

85/01/18   34   RESPONSE -- Deft. Capitol Video Communications, Inc. --
                w/cert. of svc. (rh)

85/01/22        HEARING APPEARANCES:  GREGOR N. NEFF, ESQ. for Corporate Comm. Consultants,
                Inc.; JAMES REISMAN, ESQ. for Harvey Dubner and Dubner Computer Systems,
                Inc.; ROBERT R. SALMAN, ESQ. for Compact Video Services, Inc., Rank Precision
                Industries, Inc., Rank Cintel Limited, Complete Post Production Center, Inc.,
                and Modern Video Film, Inc.;  STANLEY W. SOKOLOFF, ESQ. for Deluxe General,
                Inc., United Color Lab, Inc., Republic, Inc., Off-Line Inc., Action Video and
                Morern Videofilm, Inc.; ALBERT S. ANDERSON, ESQ. for Video Tape Associates,
                Inc.; BRUCE W. BABER, ESQ. for Crawford Communications, Inc.; W. MONROE
                STEPHENSON, ESQ. for Pan American Films  (cds)

85/01/22        WAIVERS OF ORAL ARGUMENT:  Fortel, Inc.; Precision Video Services; NEP
                Communications, Inc.;  Today Video, Inc.; Western National Studios Corp.;
                AME, Inc.; A.F. Assopciates, Inc.; WRS, Inc.; Devlin Productions; KLM
                Associates, Inc.; Robert Bosch GmbH; TVC Video, Inc.; Studio Television
                Services, Inc.; Producers Color Service, Inc.; Post Pro Video, Ltd.; Norman
                Ross; One Pass, Inc. d/b/a One Pass Video; JSL Video Services Inc.; Mediatech,
                Inc.; Entertainment Technology Corp.; Movielab Video; National Film Lab.,
                Inc.; Deft. Modern Telecommunications, Inc.; Imagimix, Inc.; Foto-Kem
                Industries, Inc.; Tapepower, Inc.; Telemation Productions, Inc.; Northwest
                Teleproductions, Inc.; Allied Film Laboratory; Meilink Industries,
                General Television Network Division  (cds)

85/02/07   35   LETTER W/COPY OF S.D. NEW YORK ORDER RE: A-1 -- submitted by
                Philip A. Byler, counsel for Columbia Pictures Industries,
                Inc. (cds)

85/03/05        CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions
                to the Honorable John E. Sprizzo  (cds)

85/03/05        TRANSFER ORDER -- transferring A-1 through A-10 to the
                Southern District of New York before Judge John E. Sprizzo --
                NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, AND MISC.
                RECIPIENTS  (cds)

*p. 6.*

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| 85/03/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-12 - B-16 and B-18 - B-19 listed below. Notified involved counsel and judges (rh) | | |
| | | B-12 | Corporate Communications Consultants, Inc. v. A.F. Associates, Inc., et al. | D.N.J. Ackerman | 84-4650 |
| | | B-13 | Corporate Communications Consultants, Inc. v. Modern Video Productions, et al. | E.D.Pa. VanArtsdalen | 84-5181 |
| | | B-14 | Corporate Communications Consultants, Inc. v. WRS, Inc., d/b/a WRS Motion Picture Laboratory | W.D.Pa. Zeigler | 84-2469 |
| | | B-15 | Corporate Communications Consultants, Inc. v. Teknifilm, Inc. | D.Ore. Leavy | 84-1402 |
| | | B-16 | Corporate Communications Consultants, Inc. v. KLM Associates, Inc. | D.Md. Murray | HM84-4134 |
| | | B-18 | Corporate Communications Consultants, Inc. v. Pan-American Films, et al. | E.D.La. Collins | 84-5195-C-1 |
| | | B-19 | Corporate Communications Consultants, Inc. v. Capitol Video Communications, Inc. | D.D.C. Johnson | 84-3233 |
| | | B-20 | Corporate Communications Consultants, Inc. v. Fortel, Inc. | N.D.Ga. Shoob | C84-2615-A |
| 85/04/11 | 36 | NOTICE OF OPPOSITION -- B-15 Corporate Communications Consultants, Inc. v. Teknifilm, Inc., D. Oregon, C.A. No. 84-1402 -- filed by deft. Teknifilm, Inc. w/cert. of svc. (ds) | | |
| 85/04/11 | 37 | NOTICE OF OPPOSITION -- B-16 Corporate Communications Consultants, Inc. v. KLM Associates, Inc., D. Md., C.A. No. HM-84-4134 -- filed by deft. KLM Associates, Inc. w/cert. of svc. (ds) | | |

620

| | | |
|---|---|---|
| 85/04/12 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-12 Corporate Communications Consultants, Inc. v. A.F. Associates, Inc., et al., D.N.J., #84-4650; B-13 Corporate Communications Consultants, Inc. v. Modern Video Productions, et al., E.D. Pa., #84-5181; B-14 Corporate Communications Consultants, Inc. v. WRS, Inc., etc., W.D. Pa., #84-2469; B-17 Corporate Communications Consultants, Inc. v. Century Three, Inc., D. Mass., #7403781-S; B-18 Corporate Communications Consultants, Inc. v. Pan-American Films, et al., E.D. La., #84-5195-C-1; B-19 Corporate Communications Consultants, Inc. v. Capitol Video Communications, Inc., D.D.C., #84-3233 and B-20 Corporate Communications Consultants, Inc. v. Fortel, Inc., N.D. Ga., #C84-2615-A.  Notified involved clerks and judges. (ds) |
| 85/04/26 | 38 | REQUEST FOR EXTENSION OF TIME to file Motion/Brief to Vacate CTO (see pldg. 36) -- Teknifilm, Inc. -- GRANTED to & including May 10, 1985 (emh) |
| 85/04/26 | 39 | MOTION TO VACATE CTO -- B-16 Corporate Communications Consultants, Inc. v. KLM Associates, Inc., D. Md., C.A. No. HM-84-4134 -- filed by deft. KLM Associates, Inc. w/cert. of svc.  (ds) |
| 85/05/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Corporate Communications Consultants, Inc. v. Century Three, Inc., D.Mass., #84-3781-S -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/05/13 | 40 | NOTICE OF MOTION TO TRANSFER ADDITIONAL TAG-ALONG ACTIONS -- Corporate Communications Consultants, Inc. v. Em Com, Inc., et al., D. Minnesota, C.A. No. 4-85-531 and Corporate Communications Consultants, Inc. v. E.J. Stewart, Inc., E.D. PA., C.A. No. 85-2023 Inc. Plft. Corporate Communications Consultants, Inc. -- w/cert. of svc. (rh) |
| 85/05/13 | 41 | RESPONSE -- (to pldg. #39) Pltf. Corporate Communications Consultants, Inc. -- w/cert. of svc. attached to pldg. #40 (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __620-- In re Corporate Communications Consultants, Inc. Patent__
Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/05/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Corporate Communications Consultants, Inc. v. Century Three Inc., D. Mass., C.A. No. 84-3781-S -- Notified involved judge and clerk (rh) |
| ~~85/06/06~~ | ~~42~~ | ~~STIPULATION OF DISMISSAL -- Filed in D. Oregon dated May 21,~~ |
| 85/06/06 | 42 | STIPULATION OF DISMISSAL -- Filed in D. Oregon dated May 21, 1985 (B-15 Corporate Communications Consultants, Inc. v. Technifilm, Inc., D. Oregon, C.A. No. 84-1402) (rh) |
| 85/06/06 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-15 Corporate Communications Consultants, Inc. v. Technifilm, Inc., D. Oregon, C.A. No. 84-1402 -- NOTIFIED involved counsel, judge and clerk (rh) |
| 85/06/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-21 Corporate Communications Consultants, Inc. v. Em Com, Inc., et al., D. Minnesota, C.A. No. CIV-4-85-531 and B-22 Corporate Communications Consultants, Inc. v. E.J. Stewart, Inc., E.D. Pennsylvania, C.A. No. 85-2023 NOTIFIED involved counsel and judge (rh) |
| 85/06/10 | | HEARING ORDER:  Setting opposition to transfer of B-16 for Panel hearing in Boston, Mass. on July 11, 1985  (cds) |
| 85/06/24 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-21 Corporate Communications Consultants, Inc. v. Em Com, Inc., et al., D. Minnesota, C.A. No. Civ-4-85-531; B-22 Corporate Communications Consultants, inc. v. E.J. Steward, Inc., E.D. Pennsylvania, C.A. No. 85-2023.  Notified involved clerks and judges.  (ds) |
| 85/07/10 | | ALL WAIVER OF ORAL ARGUMENT (rh) |
| 85/07/29 | | TRANSFER ORDER -- transferring B-16 Corporate Communications Consultants, Inc. v. KLM Associates, Inc., D. Maryland, C.A. No. HM84-4134 to the Southern District of New York for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks and counsel.  (ds) |
| 86/02/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY (B-23) Corporate Communications Consultants, Inc. v. Lindsay A. Lautz, et al., N.D. Cal., C.A. No. C-85-7872-MHP -- Notified involved judges and counsel  (cds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  620 --   In re Corporate Communications Consultants, Inc. Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/02/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 Corporate Communications Consultants, Inc. v. Lindsay A. Lautz, et al., N.D. Calif., C.A. No. C-85-7872-MHP -- Notified involved judges and clerks (rh) |
| 87/06/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-24) Corporate Communications Consultants, Inc. v. Comtel, Inc., S.D. Florida, C.A. No. 87-0343-CIV-SCOTT -- Notified involved judges and counsel  (cds) |
| 87/07/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-24 Corporate Communications Consultants, Inc. v. Comtel, Inc., S.D. Fla., #87-0343-CIV-SCOTT -- Notified involved judges and clerks (cds) |
| 88/04/29 | 43 | MOTION FOR REMAND -- Filed by Defts. Dubner Computer Systems, Inc. and Harvey Dubner -- A-10 Corporate Communications Consultants, Inc. v. Dubner Computer Systems, Inc., et al., S.D. New York, C.A. No. 86-2627 (D. New Jersey, C.A. No. 81-1608) -- Notified involved counsel -- w/Memorandum, Affidavit of James Reisman, Exhibits A - H and cert. of svc. (rh) |
| 88/05/16 | 44 | RESPONSE (to pldg. #43) -- pltf. Corporate Communications Consultants, Inc. -- w/cert. of service  (cds) |
| 88/05/25 | 45 | REPLY (to pldg. #44) -- defts. Dubner Computer Systems, Inc. and Harvey Dubner -- w/Attachment and cert. of service  (cds) |
| 88/06/14 | | HEARING ORDER -- Setting motion of defendants Dubner Computer Systems, Inc. and Harvey Dubner, for remand of A-10  for hearing on July 28, 1988, in Portland, Maine.  Notified involved counsel, clerks, judges. (rew) |
| 88/07/27 | | HEARING APPEARANCES -- JAMES REISMAN, ESQ. for Dubner Computer Systems, Inc. and Harvey Dubner; GREGOR N. NEFF, ESQ. for Corporate Communications Consultants, Inc.  (ds) |
| 88/07/27 | | WAIVERS -- Caballero Control Corporation, Inc., Pan American Films and J.S.L. Video Services, Ltd. |

JPML FORM 1A

p. 10

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 622 _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/08/17 | | REMAND ORDER -- A-10 Corporate Communications Consultants, Inc. v. Dubner Computer Systems, Inc., et al., S.D. New York, C.A. No. 85 Civ. 2627 (D. N.J., C.A. No. 81-1608) -- Notified involved judges, clerks, counsel (rh) |
| 89/01/18 | 46 | SUGGESTION FOR REMAND -- 18 actions -- signed by Judge Sprizzo (cds) |
| 89/01/18 | | CONDITIONAL REMAND ORDERS FILED TODAY -- 18 actions listed below -- Notified involved judge and counsel (cds) |

A-2    Corporate Communications Consultants, Inc. v. AME, Inc., et al., S.D. New York, C.A. No. 85-2637 (C.D. California, C.A. No. CV84-4454 DWW (Mcx)

A-3    Corporate Communications Consultants, Inc. v. One Pass, Inc., et al., S.D. New York, C.A. No. 85-2636 (N.D. California, C.A. No. 84-3970)

A-4    Corporate Communications Consultants, Inc. v. Edit/Chicago, Inc., et al., S.D. New York, C.A. No. 85-2633 (N.D. Illinois, C.A. No. 84-C-6700)

A-5    Corporate Communications Consultants, Inc. v. Allied Film Laboratory, Inc., et al., S.D. New York, C.A. No. 85-2629 (E.D. Michigan, C.A. No. 84-CV-3088 DT)

A-6    Corporate Communications Consultants, Inc. v. Northwest Teleproductions, Inc., S.D. New York, C.A. No. 85-2628 (D. Minnesota, C.A. No. 4-84-Civ-771)

A-7    Corporate Communications Consultants, Inc. v. Digital Video Corp., et al., S.D. New York, C.A. No. 85-2635 (M.D. Florida, C.A. No. 84-633-Civ-Orl-18)

A-8    Corporate Communications Consultants, Inc. v. Crawford Communications, Inc., et al., S.D. New York, C.A. No. 85-2634 (N.D. Georgia, C.A. No. C84-1464A)

B-12   Corporate Communications Consultants, Inc. v. A.F. Associates, Inc., et al., S.D. New York, C.A. No. 85-3015 (D. New Jersey, C.A. No. 84-4650)

B-13   Corporate Communications Consultants, Inc. v. Modern Video Productions, et al., S.D. New York, C.A. No. 85-3016 (E.D. Pennsylvania, C.A. No. 84-5181)

B-14   Corporate Communications Consultants, Inc. v. WRS, Inc. d/b/a WRS Motion Picture Laboratory, S.D. New York, C.A. No. 85-3017 (W.D. Pennsylvania, C.A. No. 84-2469)

B-16   Corporate Communications Consultants, Inc. v. KLM Associates, Inc., S.D. New York, C.A. No. 85-6475 (D. Maryland, C.A. No. HM84-4134)

B-17   Corporate Communications Consultants, Inc. v. Century Three, Inc., S.D. New York, C.A. No. 85-4257 (D. Massachusetts, C.A. No. 84-3781-S)

B-18   Corporate Communications Consultants, Inc. v. Pan-American Films, et al., S.D. New York, C.A. No. 85-3018 (E.D. Louisiana, C.A. No. 84-5195-C-1)

B-19   Corporate Communications Consultants, Inc. v. Capitol Video Communications, Inc., S.D. New York, C.A. No. 85-3019 (D.D.C., C.A. No. 84-3233)

B-20   Corporate Communications Consultants, Inc. v. Fortel, Inc., S.D. New York, C.A. No. 85-3020 (N.D. Georgia, C.A. No. C84-2615-A)

B-21   Corporate Communications Consultants, Inc. v. Em Com, Inc., et al., S.D. New York, C.A. No. 85-5315 (D. Minnesota, C.A. No. CIV-4-85-531)

B-23   Corporate Communications Consultants, Inc. v. Lindsay A. Lautz, et al., S.D. New York, C.A. No. 86-1872 (N.D. California, C.A. No. C-85-7872)

C-24   Corporate Communications Consultants, Inc. v. Comtel, Inc., S.D. New York, C.A. No. 87-5093 (S.D. Florida, C.A. No. 87-0343-CIV-SCOTT)

JPML FORM 1A                                                    p.  11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 --   In re Corporate Communications Consultants, Inc. Patent Lit.

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/02/02 | 47 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDERS in 9 actions (A-2, A-3, A-6, A-8, B-12, B-13, B-16, B-19, and C-24) -- filed by defts. Dubner Computer Systems, Inc. and Harvey Dubner; Action Video, AME, Inc., Capitol Video Communications, Comtel, Inc., Crawford Communications, Inc., Deluxe Laboratories, Inc., Entertainment Technology Corp., Foto-Kem Industries, Inc., KLM Associates, Inc., Modern Video Productions, National Film Laboratories, Inc. (Crest), NFL Films, Inc., Northwest Teleproductions, Inc., Off-Line, Inc., d/b/a The Post Group, One Pass, Inc., Republic Corporation (a/k/a Consolidated Film Industries), Ruxton, Ltd., and United Color Lab, Inc. -- Notified involved counsel and judge (cds) |
| 89/02/03 | | CONDITIONAL REMAND ORDERS FINAL TODAY (9 ACTIONS LISTED BELOW) A-4, A-5, A-7, B-14, B-17, B-18, B-20, B-21 AND B-23 -- Notified involved judge and clerks  (cds) |

A-4    Corporate Communications Consultants, Inc. v. Edit/Chicago, Inc., et al., S.D. New York, C.A. No. 85-2633 (N.D. Illinois, C.A. No. 84-C-6700)

A-5    Corporate Communications Consultants, Inc. v. Allied Film Laboratory, Inc., et al., S.D. New York, C.A. No. 85-2629 (E.D. Michigan, C.A. No. 84-CV-3088 DT)

A-7    Corporate Communications Consultants, Inc. v. Digital Video Corp., et al., S.D. New York, C.A. No. 85-2635 (M.D. Florida, C.A. No. 84-633-Civ-Orl-18)

B-14   Corporate Communications Consultants, Inc. v. WRS, Inc. d/b/a WRS Motion Picture Laboratory, S.D. New York, C.A. No. 85-3017 (W.D. Pennsylvania, C.A. No. 84-2469)

B-17   Corporate Communications Consultants, Inc. v. Century Three, Inc., S.D. New York, C.A. No. 85-4257 (D. Massachusetts, C.A. No. 84-3781-S)

B-18   Corporate Communications Consultants, Inc. v. Pan-American Films, et al., S.D. New York, C.A. No. 85-3018 (E.D. Louisiana, C.A. No. 84-5195-C-1)

B-20   Corporate Communications Consultants, Inc. v. Fortel, Inc., S.D. New York, C.A. No. 85-3020 (N.D. Georgia, C.A. No. C84-2615-A)

B-21   Corporate Communications Consultants, Inc. v. Em Com, Inc., et al., S.D. New York, C.A. No. 85-5315 (D. Minnesota, C.A. No. CIV-4-85-531)

B-23   Corporate Communications Consultants, Inc. v. Lindsay A. Lautz, et al., S.D. New York, C.A. No. 86-1872 (N.D. California, C.A. No. C-85-7872)

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/02/15 | | HEARING ORDER -- Setting opposition to remand of A-2, A-3, A-6, A-8, B-12, B-13, B-16, B-19 and C-24 for Panel Hearing in Statesville, North Carolina on March 23, 1989 (rh) |
| 89/02/17 | 48 | MOTION/MEMORANDUM TO VACATE CRO'S (in (8) actions) -- A-2, A-3, A-6, A-8, B-12, B-16, B-19 and B-24 --filed by Dubner Computer Systems, Inc., Action, Video, AME, Inc., Capitol Video Communications, comtel, Inc.,k Crawford Communications, Inc., Deluxe Laboratories, Inc., Entertainment Technology corporation, Foto-Kem Industries, Inc., KLM Associates, Inc., National Film Laboratories, Inc. (Crest)(, NFL Films, Inc., Northwest Teleproductions, Inc., Off-Line, Inc., One Pass, Inc. Republic Corp.., Ruxton, Ltd. and United Color Lab, Inc w/cert. of svc.  (ds) |
| 89/02/23 | 49 | LETTER WITHDRAWING NOTICE OF OPPOSITION REGARDING B-13 Corporate Communications Consultants, Inc. v. Modern Video Productions, et al., S.D. N.Y., #85-3016 -- defts. Dubner Computer Systemms, Inc. and Harvey Dubner -- w/cert. of service  (cds) |
| 89/02/14 | | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER AND VACATING SCHEDULE HEARING (3/23/89) -- B-13 Corporate Communications Consultants, Inc. v. Modern Video Productions, Inc., et al., S.D. New York, C.A. No. 85 Civ. 3016 (E.D. Pa., C.A. No. 84-5181) -- Notified involved judge, clerks and counsel (rh) |
| 89/03/20 | 50 | SUPPLEMENTAL RESPONSE -- (to pldg. #48) -- filed by Dubner Computer Systems, Inc., and defts. listed in pldg. #48 -- w/cert. of svc.  (ds) |
| 89/03/22 | | HEARING APPEARANCE:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- JAMES REISMAN, ESQ. for Dubner Computer Systems, Inc., Action Video; AME, Inc.; Capitol Video Communications; Comtel, Inc.; Crawford Communications, Inc.; Deluxe Laboratories, Inc.; Entertainment Technology Corp.; Foto-Kem Industries, Inc.; KLM Associates, Inc.; National Film Laboratories, Inc.; NFL Films, Inc.; Northwest Teleproductions, Inc.; Off-Line, Inc., One Pass, Inc.; Republic Corp., Ruxton, Ltd. and United Color Lab, Inc. (rh) |
| 89/03/22 | | WAIVERS OF ORAL ARGUMENT:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- Capitol Video Communicatins, Inc.; Foto-Kem Industries, Inc.; Northwest Teleproductsions, Inc.; and Studio Television Services, Inc. (rh) |

620          In re Corporate Communications Consultants, Inc., Patent Litigation

89/04/06          ORDER DENYING REMAND -- (re A-2, A-3, A-6, A-8, B-12, B-16,
                  B-19 annd C-24 Listed Below) -- Notified involved clerk,
                  judge and counsel  (cds)

A-2   Corporate Communications Consultants, Inc. v. AME, Inc., et al., S.D. New
      York, C.A. No. 85 Civ. 2637 (C.D. Cal., C.A. No. CV84-4454 DWW (Mcx)
A-3   Corporate Communications Consultants, Inc. v. One Pass, Inc., et al., S.D.
      New York, C.A. No. 85 Civ. 2636 (N.D. Cal., C.A. No. C84-3970)
A-6   Corporate Communications Consultants, Inc. v. Northwest Teleproductions,
      Inc., S.D. New York, C.A. No. 85 Civ. 2628 (D. Minn., C.A. No.
      4-84-Civ-771)
A-8   Corporate Communications Consultants, Inc. v. Crawford Communications,
      Inc., et al., S.D. New York, C.A. No. 85 Civ. 2634 (N.D. Ga., C.A. No.
      C84-1464A)
B-12  Corporate Communications Consultants, Inc. v. A.F. Associates, Inc.,
      et al., S.D. New York, C.A. No. 85 Civ. 3015 (D. N.J., C.A. No. 84-4650)
B-16  Corporate Communications Consultants, Inc. v. KLM Associates, Inc., S.D.
      New York, C.A. No. 85 Civ. 6475 (D. Md., C.A. No. HM84-4134)
B-19  Corporate Communications Consultants, Inc. v. Capitol Video Communications,
      Inc., S.D. New York, C.A. No. 85 Civ. 3019 (D. D.C., C.A. No. 84-3233)
C-24  Corporate Communications Consultants, Inc. v. Comtel, Inc., S.D. New York,
      C.A. No. 87 Civ. 5093 (S.D. Fla., C.A. No. 87-0343-Civ-Scott)

JPML Form 1

Revised: 8/78

DOCKET NO. 620 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CORPORATE COMMUNICATIONS CONSULTANTS, INC. PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 1/24/85 | 3/5/85 | TO | Unpublished | S.D.New York | John E. Sprizzo | |

**Special Transferee Information**

DATE CLOSED: 10/9/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Honorable John E. Sprizzo
Southern District of New York

DOCKET NO. 620 -- In re Corporate Communications Consultants, Inc. Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Corporate Communications Consultants, Inc. v. American Video Channels, Inc. et al. | S.D.N.Y. Broderick | 84 Civ 4178 | | | *reassigned 1988. N.Y.S. trr judge* | |
| A-2 | Corporate Communications Consultants, Inc. v. AME, Inc., et al. | C.D.Cal. Williams | CV 84-4454 DWW(Mcx) | 3/5/85 | 85-2637 | 10/9/90 D | |
| A-3 | Corporate Communications Consultants, Inc. v. One Pass, Inc., et al. | N.D.Cal. Patel | 84-3970 | 3/5/85 | 85-2636 | 10/9/90 D | |
| A-4 | Corporate Communications Consultants, Inc. v. Edit/Chicago, Inc., et al. | N.D.Ill. Getzendanner | 84C6700 | 3/5/85 | 85-2635 | 2/3/89 R | |
| A-5 | Corporate Communications Consultants, Inc. v. Allied Film Laboratory, Inc., et al. | E.D.Mich. Taylor | 84-CV-3088 DT | 3/5/85 | 85-2629 | 2/3/89 R | |
| A-6 | Corporate Communications Consultants, Inc. v. Northwest Teleproductions, Inc. | D.Minn. Murphy | 4-84-Civ-771 | 3/5/85 | 85-2628 | 10/9/90 D | |
| A-7 | Corporate Communications Consultants, Inc. v. Digital Video Corp., et al. | M.D.Fla. Sharp | 84-633-Civ-Orl-18 | 3/5/85 | 85-2635 | 2/3/89 R | |
| A-8 | Corporate Communications Consultants, Inc. v. Crawford Communications, Inc. et al. | N.D.Ga. Shoob | C84-1464A | 3/5/85 | 85-2634 | 10/9/90 D | |

DOCKET NO. 620 -- In re Corporate Communications Consultants, Inc. Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Corporate Communications Consultants, Inc. v. Telemation Productions, Inc. et al. | D.Utah Winder | C84-669W | 3/5/85 | 85-2626 | 4-16-87D | |
| A-10 | Corporate Communications Consultants, Inc. v. Dubner Computer Systems, Inc., et al. | D.N.J. Ackerman | 81-1608 | 3/5/85 | 85-2627 | 85-1-88 | |
| B-11 | Corporate Communications Consultants, Inc. v. Image Mix, Inc., et al. | S.D.N.Y. Broderick | 84-CIV-6867 VLB | | | reassigned 1988 to diff judge | S.D.N.Y. |
| √ B-12 | Corporate Communications Consultants, Inc. v. A.F. Associates, Inc., et al. 3-27-85 | D.N.J. Ackerman | 84-4650 | | 85-3015 | 10/9/90D | |
| √ B-13 | Corporate Communications Consultants, Inc. v. Modern Video Productions, et al. 3-27-85 | E.D.Pa. VanArtsdalen | 84-5181 | | 85-3016 | 2-24-89R | |
| √ B-14 | Corporate Communications Consultants, Inc. v. WRS, Inc., d/b/a WRS Motion Picture Laboratory 3-27-85 | W.D.Pa. Zeigler | 84-2469 | | 85-3017 | 2/3/89R | |
| B-15 | Corporate Communications Consultants, Inc. v. Teknifilm, Inc. 3-27-85 | D.Ore. Leavy | 84-1402 | | | | 6-6-85 Vacate |
| √ B-16 | Corporate Communications Consultants, Inc. v. KLM Associates, Inc. 3-27-85 | D.Md. Murray | HM84-4134 | 7/29/85 | 85-6475 | 10/9/90D | |
| √ B-17 | Corporate Communications Consultants, Inc. v. Century Three, Inc. 5/7/85 | D.Mass. Skinner | 84-3781-S | 5/23/85 | 85-4257 | 2/3/89R | |
| √ B-18 | Corporate Communications Consultants, Inc. v. Pan-American Films, et al. 3-27-85 | E.D.La. Collins | 84-5195-C-1 | | 85-3018 | 2/3/89R | |

DOCKET NO. 620 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-19 | Corporate Communications Consultants, Inc. v. Capitol Video Communications, Inc. 3-27-85 | D.D.C. Johnson | 84-3233 | | 85-3019 | 10/9/90 D | |
| B-20 | Corporate Communications Consultants, Inc. v. Fortel, Inc. 3-27-85 | N.D.Ga. Shoob | C84-2615-A | | 85-3020 | 2/3/89 R | |
| B-21 | Corporate Communications Consultants, Inc. v. Em Com, Inc., et al. 6-6-85 | D.Minn. Lord | CIV-4-85-531 | 6/24/85 | 85-5315 | 2/3/89 R | |
| B-22 | Corporate Communications Consultants, Inc. v. E.J. Stewart, Inc. 6-6-85 | E.D.Pa. Bechtle | 85-2023 | 6/24/85 | 85-5316 | 4-16-87 D | |
| | *July 1985 - 19 TR / 2 X / 2 / 20 Pending        ( 16 opposed)* | | | | | | |
| B-23 | Corporate Communications Consultants, Inc. v. Lindsay A. Lautz, et al. | N.D.Cal. Patel | C-85-7872 MHP | 2.28.86 | 86-1872 | 2/3/89 R | |
| | *2/12/86* *July 1986 - 2 TR - 22 X Op.* *(8.16 × 8.23)* *July 1987 - Same* | | | | | | |
| C-24 | Corporate Communications Consultants, Inc. v. Comtel, Inc. 6/23/87 | S.D.Fla. Scott | 87-0343-CIV-SCOTT | 7/9/87 | 87-3023 | 10/9/90 D | |
| | *July 1988 - 1 TR / 23 Pending* *July 1989 - 2 Reassigned / 2 Dis / 11 Rem / 8 Pending* *July 1990 - Same Pending* *July 1991 - 8 dis / litigation closed* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 -- In re Corporate Communications Consultants, Inc.

Patent Litigation

---

CORPORATE COMMUNICATIONS
   CONSULTANTS, INC. (A-1 through A-10)
Gregor N. Neff, Esquire
Curtis, Morris & Safford, P.C.
530 Fifth Avenue
New York New York   10036

ALLIED FILM LABORATORY, INC.
Gilbert E. Gove, Esquire
Miller, Canfield, Paddock and Stone
2500 Comerica Bldg.
Detroit, Michigan   48226

BLUTH VIDEO SYSTEMS
Arthur Grebow, Esquire
Antin, Stern, Litz & Grebow
10900 Wilshire Blvd., #600
Los Angeles, California   90024

ROBERT BOSCH GmbH
Michael D. Blechman, Esquire
Kaye, Scholer, Fierman, Hays,
   & Handler
425 Park Avenue
New York, New York 10022

COMPACT VIDEO SERVICES, INC.
Richard M. Mosk, Esquire
Mitchell, Silberberg & Knupp
11377 West Olympic Boulevard
Los Angeles, California   90064

ONE PASS, INC. d/b/a One Pass Video
LEO DINER FILM, INC. d/b/a Diner &
   Allied Film and Video Services
Roger W. Erickson, Esquire
Owen, Wickersham & Erickson, P.C.
433 California Street, 11th Floor
San Francisco, California   94104

ONE PASS, INC. d/b/a ONE PASS VIDEO
James F. Wickett, Esq.
One Pass, Inc.
One China Basin Building
San Francisco, CA 94107

DIGITAL VIDEO CORPORATION
William M. Hobby, III, Esquire
1327 North Mills Avenue
Orlando, Florida   32803-2555

DUBNER COMPUTER SYSTEMS, INC.
MR. HARVEY DUBNER
James Reisman, Esquire
Gottlieb, Rackman & Reisman, P.C.
1430 Broadway
New York, New York   10018

FORTEL, INC.
Alfred A. Lindseth, Esquire
Sutherland, Asbill & Brennan
3100 First Atlanta Tower
Atlanta, Georgia   30383

FOTO-KEM INDUSTRIES, INC.
Paul L. Riles, Esquire
A Professional Corporation
15233 Ventura Blvd., Suite 818
Sherman Oaks, California   91403

HOME BOX OFFICE, INC.
John E. Nathan, Esquire
Fish & Neave
875 Third Avenue
New York, New York 10022

IMAGE TRANSFORM, INC.
Samuel B. Stone, Esquire
Lyon & Lyon
611 West Sixth Street - 34th Floor
Los Angeles, California   90017

*dismissed*

J.S.L. VIDEO SERVICES, INC.
Seth Natter, Esquire
Natter and Natter
25 West 43rd Street
New York, New York 10036

'JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __620__  --  In re Corporate Communications Consultants, Inc. Patent
Litigation

---

MEDIATECH, INC.
Warren R. Fuller, Esquire
55 West Monroe Street - Suite 2350
Chicago, Illinois  60603

MOVIELAB VIDEO
Carol A. Schrager, Esquire
Karpatkin, Pollet, Perlmutter & Beil    *Corr returned*
708 Third Avenue
New York, New York 10017

NORTHWEST TELEPRODUCTIONS, INC.
Thomas Fraser, Esquire
Fredrikson & Byron, P.A.
1100 International Center
900 Second Avenue South
Minneapolis, Minnesota  55402

PRECISION VIDEO SERVICES, INC.
Jay L. Himes, Esquire
Snow, Becker, Kroll, Klaris & Krauss, P.C.
99 Park Avenue
New York, New York  10016      *Corr. returned*

PRODUCERS COLOR SERVICE, INC.
Robert C. Collins, Esquire
Barnes, Kisselle, Raisch, Choate,
Whittemore & Hulbert
1520 Ford Building
Detroit, Michigan  48226

POST PRO VIDEO, LTD.
Joseph E. Coughlin, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, Illinois  60603

RANK CINTEL LTD.        *Settled*
RANK PRECISION INDUSTRIES, INC.
Robert R. Salman, Esquire
Phillips, Nizer, Benjamin, Krim & Ballon
40 West 57th Street
New York, New York  10019

STUDIO TELEVISION SERVICES, INC.
A. M. Fernandez, Esquire
Freilich, Hornbaker, Rosen & Fernandez
Suite 1434, 10960 Wilshire Boulevard
Los Angeles, California  90024

TODAY VIDEO, INC.
Israel G. Seeger, Esquire
60 East 42nd Street
New York, New York  10165

W-R, INC
Mark S. Mandell, Esquire
Mandell & Mandell
205 East 85th Street
New York, New York  10028-3072

VIDEO TAPE ASSOCIATES, INC.
Albert S. Anderson, Esquire
JONES & ASKEW
2000 Peachtree Center Tower
Atlanta, Georgia  30303

VIDTRONICS, INC.
Ronald Dinicola, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Boulevard
Los Angeles, California  90064

DELUXE GENERAL INC. (now known as
DELUXE LABORATORIES, INC.)
UNITED COLOR LAB., INC.
REPUBLIC INC.,
OFF-LINE, INC.
ACTION VIDEO
MODERN VIDEOFILM, INC.
Ira M. Siegel, Esquire
Blakely, Sololoff, Taylor & Zafman
9601 Wilshire Boulevard, Suite 244
Beverly Hills, California  90210

TVC VIDEO, INC.
Allen K. Roberts
Roberts, Spiecens & Cohen
38 East 29th Street, 3rd Floor
New York, New York  10016

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 620 -- In re Corporate Communications Consultants, Inc.
Patent Litigation

---

AMERICAN VIDEO CHANNELS, INC.
Herrbert Engel, Esquire
36 West 44th Street        No App. Rec'd
New York, New York

DEVLIN PRODUCTIONS, INC.
Sanford M. Goldman, Esquire
Pryor, Cashman, Sherman & Flynn
410 Park Avenue
New York, New York  10017

DU ART FILM LABORATORIES, INC.
Eric Munson, Esquire
Parmalee, Bollinger & Barmblett
460 Summer St.
Stamford, Connecticut  06901

MAGNO SOUND, INC.
Jack Topal, Esquire
32 Court Street          No App. Rec'd
Brooklyn, New York

Manhattan Transfer/Edit
545 Fifth Avenue          No App Rec'd
New York, New York  10017

MODERN TELECOMMUNICATIONS, INC.
William O'Connor, Esquire
Copperman, Levitt & Winikoff, P.C.
800 Third Avenue           No App. Rec'd
New York, New York 10022

NEP PRODUCTIONS, INC.
Lawrence J. Fox, Esquire
Drinker, Biddle & Reath
1100 Philadelphia National Bank Bldg.
Broad and Chestnut Streets
Philadelphia, Pennsylvania  19107

EDITING CONCEPTS, INC. d/b/a
  Tape House Editoral
Jesse I. Levine, Esquire
Shaw, Goldman, Licitra, Levine &
  Weinberg
1010 Franklin Avenue
Garden City, New York   11530

TAPEPOWER, INC.
Frank H. Penski, Esquire
Nixon, Hargrave, Devans & Doyle
30 Rockefeller Plaza
New York, New York  10012

LEE ROTHBERG PRODUCTIONS, INC.
WINDSOR TOTAL VIDEO, INC.
Ken S. Guttenplan, Esquire
107 Northern Blvd.
Great Neck, New York

Positive Transfer Ltd., Inc.
545 Fifth Avenue
New York, New York 10017        No App. Rec'd

Bell & Howell Co.
801 2nd Avenue                No App. Rec'd
New York, New York  10036

COLUMBIA PICTURES INDUSTRIES, INC.
Alan J. Wienschel, Esquire
Weil, Gotshal & Manges          No App. Rec'd
767 5th Avenue                   dis'd
New York, New York

AME, INC.
Daniel C. Rosenberg, Esquire
Stein & Kahan
429 Santa Monica Blvd.
5th Floor
Santa Monica, California  90401

ASTIN/ZAPPIA (NORMAN ROSS AND ALTA VIDEO)
James A. Goodman, Esquire
Rudin, Richman & Appel
9601 Wilshire Blvd., Penthouse
Beverly Hills, California  90201

CABALLERO CONTROL CORP.
Richard H. Zaitlen, Esquire
Spensley, Horn, Jubas & Lubitz
1880 Century Park East
Suite 500                     dis'd
Los Angeles, California 90067
COMPLETE POST PRODUCTION CENTER, INC.

Michael Painter, Esquire
Cooper, Epstein & Hurewitz
9465 Wilshire Boulevard, 8th Floor
Beverly Hills, California  90212

JPML FORM 2A -- Continuation ⊛

Counsel of Record -- p. 4

DOCKET NO. 620 __   In re Corporate Communications Consultants, Inc.
Patent Litigation

---

ENTERTAINMENT TECHNOLOGY CORP.
Bryan Kravetz, Esquire
Bryan Kravetz, A.P.C.
1900 Avenue of the Stars
Suite 540
Los Angeles, California  90067

NATIONAL FILM LABS (CREST NATIONAL
VIDEOTAPE & FILM LABS)
Lewis Anten, Esquire
17530 Ventura Boulevard
Suite 201
Encino, California  91316

REPUBLIC CORP.(CONSOLIDATED FILM
 INDUSTRIES)
Norman S. Marshall, Esquire
1900 Avenue of the Stars
Suite 2700       No App. Rec'd
Los Angeles, California  90067

Ruxton, Ltd.       No App. Rec'd
911 North Orchid Drive
Burbank, California

Starfax, Inc.
654 Hawthorne Street
Glendale, CA  91204-1002

TRANS-AMERICAN VIDEO, INC.
Edward M. Rosenfeld, Esquire
Rosenfeld, Falk, Parnell & Shames
1875 Century Park East, Suite 950
Los Angeles, California  90067

VIDEO CRAFTSMEN, INC.     (No App. Rec'd)
Theodore H. Lassagne, Esquire
900 Wilshire Blvd.
Suite 1000
Los Angeles, California  90017

LINDSAY A. LAUTZ AND JAMES E. LAUTZ
 d/b/a Positive Video
Paul W. Vapnek, Esquire
Townsend and Townsend     (No App. Rec'd)
One Market Plaza
Steuart Street Tower
San Francisco, California  94105

---

OPTIMUS, INC.
John D. Simpson, Esquire     No App. Rec'd
Hill, VanSanten, Steadman & Simpson
70th Floor - Sears Towre
Chicago, Illinois  60606

Edit/Chicago
160 East Grand Street       No App. Rec'd
Chicago, Illinois  60611

MEILINK INDUSTRIES (GENERAL TELEVISION
 NETWORK DIVISION)
Jerold I. Schneider, Esquire
Cullen, Sloman, Cantor, Grauer, Scott
 & Rutherford
3200 Penobscot Building
Detroit, Michigan  48226

GLOBAL VIDEO COMMUNICATIONS CORP.
A. J. Stanton, Jr., P.A.
1400 Pan American Bank Building  No App. Rec'd
Orlando, Florida  32801

POSTIQUE, INC.
Michael J. Smith, Esquire
Laro Borgerson Simen & Smith
3200 Beecher Road
Flint, Michigan  48504

CRAWFORD COMMUNICATIONS, INC.
Bruce W. Baber, Esquire
King & Spaulding
2500 Trust Company Tower
Atlanta, Georgia  30303

TELEMATION PRODUCTIONS, INC.
George McMillian, Esquire
Van Cott, Bagley, Cornwall &
 McCarthy
Suite 1600
50 South Main St.
Salt Lake City, Utah  84144

WESTERN NATIONAL STUDIOS CORP.
Richard L. Hill, Esquire
Olsen, Thorn & Hill
Cotton Tree Square, Suite 9C
2230 North At University Parkway
Provo, Utah  84604

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO. 620 -- In re Corporate Communications Consultants, Inc. Patent
Litigation

IMAGE MIX, INC.
Alan M. Lebensfeld, Esquire
Cooperman, Levitt & Winikoff
800 Third Avenue
New York, New York  10022

A.F. ASSOCIATES, INC.
N.F.L. FILMS, INC.
Robert M. Zweiman, Esquire
214 Columbia Avenue
P.O. Box 948
Fort Lee, New Jersey  07024-0948

MODERN VIDEO PRODUCTIONS
INNOVEST VIDEO, INC.
JEAN F. MASON, III
Lawrence J. Fox, Esquire
Drinker, Biddle & Reath
1400 PNB Building
Broad & Chestnut Streets
Philadelphia, PA  19107

WRS MOTION PICTURE CORP.
Marvin J. Apple, Jr., Esquire
Suite 1002
564 Forbes Avenue
Pittsburgh, PA  15219

TEKNIFILM, INC.
Guy J. Rappleyea, Esquire
Black, Helterline, Beck
 & Rappleyea
1200 The Bank of California Tower
Portland, Oregon  97205

KLM ASSOCIATES, INC.
Richard C. Spitzer, Esquire
Ebert & Bowytz
2000 L Street, N.W., Ste. #504
Washington, D.C.  20036

CENTURY THREE, INC.
Arnold Bloom, Esq.
Bloom, Rosenwald & Witkin
1 Winthrop Square
Boston, MA  02110-1209

PAN-AMERICAN FILMS
JOHN M. LEBLANC
JOAN RICHARD DELBERT
W. Monroe Stephenson, Esquire
710 Carondelet Street
New Orleans, Louisiana  70130

CAPITOL VIDEO COMMUNICATIONS, INC.
Lawrence L. Ross, Esquire
Ross & Bogin
100 Connecticut Avenue, N.W.
Suite 802
Washington, D.C.  20036

CORPORATE COMMUNICATIONS CONSULTANTS,
INC. (A-12 through A-20)
Gregor N. Neff, Esquire
(Same As A-1 - A-10)

CORPORATE COMMUNICATIONS CONSULTANTS,
INC. (B-21)
Douglas J. Williams, Esq.
Merchant, Gould, Smith, Edell, Welter,
 & Schmidt
1600 Midwest Plaza Building
Minneapolis, Minnesota  55402

CORPORATE COMMUNICATIONS CONSULTANTS,
INC. (B-22)
Judy Yun, Esq.
3400 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania  19102

EM COM, INC.
THE EM COM GROUP, INC.
EMCOM GRAPHIS
RICHARD A. DIERCKS
LLOYD GROBLE          (Defts. in B-21)

Patrick Delaney, Esquire
Lindquist & Vennum
4200 IDS Center, 80 South Eighth St.
Minneapolis, Minn.  55402

JPML FORM 2A -- Continuation

Counsel of Record -- p.  6

DOCKET NO.  620  -- In re Corporate Communications Consultants, Inc. Patent Litigation

E.J. STEWART, INC. (Deft. B-22)
Barry A. Stein, Esq.
Suite 800 - Stephen Girard Bldg.
21 S. 12th Street
Philadelphia, Pennsylvania  19107

LINDSAY A. LAUTZ
JAMES LAUTZ
POSITIVE VIDEO (defts. in B-23)
Paul W. Vapnek, Esq.
Townsend & Townsend
One Market Plaza
Steuart Street Tower
San Francisco, CA  94105

COMTEL, INC. (Deft. in C-24)
Sanford L. Bohrer, Esq.
Laura G. Pula, Esq.
Thomson, Zeder, Bohrer, Werth
  & Razook
4900 SE Financial Center
Miami, Florida  33131-2363

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  620  -- In re Corporate Communications Consultants, Inc. Patent Litigation

CONDITIONAL REMAND ORDERS FILED

CORPORATE COMMUNICATIONS CONSULTANTS,
   INC. (A-2 thru A-8, B-12 thru B-15,
   B-16 thru B-21, B-23 and C-24)
Gregor N. Neff, Esquire
Curtis, Morris & Safford, P.C.
530 Fifth Avenue
New York, New York  10036

**DEFENDANTS LISTED BELOW**

AME, INC. (A-2)
Daniel C. Rosenburg, Esquire
Stein & Kahan
429 Santa Monica Blvd.
5th Floor
Santa Monica, California  90401

BLUTH VIDEO SYSTEMS (A-2)
Arthur Grebow, Esquire
Antin, Stern, Litz & Grebow
Murdock Plaza, Suite 600
10900 Wilshire Boulevard
Los Angeles, California  90024

TRANS-AMERICAN VIDEO, INC. (A-2)
Edward M. Rosenfield Esquire
Rosenfield, Parnell & Shames
1875 Century Park East
Suite 950
Los Angeles, California  90067

NATIONAL FILM LABORATORIES, INC. (A-2)
Law Offices of Lewis Anten
17530 Ventura Boulevard
Suite 201
Encino, California  91316

STUDIO TELEVISION SERVICES, INC. (A-2)
A.M. Fernandez, Esquire
Freilich, Hornbaker, Rosen & Fernandez
10960 Wilshire Boulevard, Suite 1434
Los Angeles, California  90024

COMPACT VIDEO SERVICES, INC. (A-2)
VIDTRONICS, INC. (A-2)
Ronald Dinicila, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Boulevard
Los Angeles, California  90064

DELUXE GENERAL INC. (now known as
   DELUXE LABORATORIES, INC.
UNITED COLOR LAB., INC.
REPUBLIC, INC.
OFF-LINE, INC.
ACTION VIDEO
MODERN VIDEOFILM, INC. (A-2)
Ira M. Siegel, Esquire
Blakely, Sokoloff, Taylor & Zafman
9601 Wilshire Boulevard
Suite 204
Beverly Hills, California  90210

FOTO-KEM INDUSTRIES, INC. (A-2)
Paul L.Riles, Esquire
A Professional Corporation
15233 Ventura Boulevard
Suite 818
Sherman Oaks, California  91403

RUXTON, LTD., INC. (A-2)   *Carr
611 North Orchid Drive    returned*
Burbank, California

STARFAX, INC. (A-2)
654 Hawthorne Street
Glendale, California  91204-1002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2___

DOCKET NO. __620___ -- CONDITIONAL REMAND ORDERS FILED (cont'd)

---

ASTIN/ZAPPIA (A-2)
James A. Goodman, Esquire
Rudin, Richman & Appel
9601 Wilshire Boulevard
Penthouse
Beverly Hills, California 90201

COMPLETE POST PRODUCTION CENTER, INC.
 (A-2)
Michael Painter, Esquire
Cooper, Epstein & Hurewitz
9465 Wilshire Boulevard
8th Floor
Beverly Hills, California 90212

UNABLE TO DETERMINE COUNSEL
 OR ADDRESS FOR DEFTS. LISTED
 BELOW IN A-2 ACTION

VIDEO INNOVATIONS, INC.
ENTERTAINMENT TECHNOLOGY CORPORATION

ONE PASS, INC. d/b/a ONE PASS VIDEO
LEO DINER FILM d/b/a DINER & ALLIED
 FILM AND VIDEO SERVICES (A-3)
Roger W. Erickerson, Esquire
Owen, Wickersham & Erickson, P.C.
433 California Street, 11th Floor
San Francisco, California 94104

LINDSAY A. LAUTZ
JAMES LAUTZ
POSITIVE VIDEO (A-3 and B-23)
Paul W. Vapnek, Esquire
Townsend & Townsend
One Market Plaza
Steuart Street Tower
San Francisco, California 94105

OPTIMUS, INC. (A-4)
John D. Simpson, Esquire
Hill, VanSanten, Steadman & Simpson
70th Floor - Sears Tower
Chicago, Illinois 60606

EDIT/CHICAGO, INCORPORATED (A-4)
Edward C. Threedy, Esquire
Threedy & Threedy
1855-A Hicks Road
Rolling Meadows, Illinois 60008

POST PRO VIDEO, LTD. (A-4)
Joseph E. Coughlin, Esquire
Lord, Bissell & Brook
115 S. LaSalle
Chicago, Illinois 60603

MERIATECH, INC. (A-4)
Warren R. Fuller, Esquire
55 W. Monroe #2350
Chicago, Illinois 60603

ALLIED FILM LABORATORY, INC. (A-5)
Gilbert E. Gove, Esquire
Miller, Canfield, Paddock & Stone
2500 Comerica Building
Detroit, Michigan 48226

PRODUCERS COLOR SERVICE, INC. (A-5)
Robert C. Collins, Esquire
Barnes, Kissella, Raisch, Choate,
 Whittemore & Hulbert
1520 Ford Building
Detroit, Michigan 48226

MEILINK INDUSTRIES, INC.
GENERAL TELEVISION NETWORK DIVISION
 (A-5)
Jerold Schneider, Esquire
Cullen, Sloman, Cantor, Grauer, Scott
 & Rutherford
3200 Penobscot Building
Detroit, Michigan 48226

POSTIQUE, INC. (A-5)
Michael J. Smith, Esquire
Laro, Borgerson, Simen & Smith
3200 Beecher Road
Flint, Michigan 48504

NORTHWEST TELEPRODUCTIONS, INC. (A-6)
Thomas Fraser, Esquire
Fredrikson & Byron, P.A.
1100 International Center
900 Second Avenue South
Minneapolis, Minnesota 55402

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____3____

DOCKET NO. _620_ -- <u>CONDITIONAL REMAND ORDERS FILED (cont'd)</u>

<u>DIGITAL VIDEO CORPORATION (A-7)</u>
William M. Hobby, III, Esquire
1327 North Mills Avenue
Orlando, Florida  32803-2555

<u>GLOBAL VIDEO COMMUNICATIONS CORP. (A-7)</u>
A. J. Stanton, Jr., P.A.
1400 Pan American Bank Building
Orlando, Florida  32801

<u>FORTEL, INC. (A-8 and B-20)</u>
Alfred A. Lindseth, Esquire
Sutherland, Asbill & Brennan
3100 First Atlanta Tower
Atlanta, Georgia  30383

<u>CRAWFORD COMMUNICATIONS, INC. (A-8)</u>
Bruce W. Baber, Esquire
King & Spaulding
2500 Trust Company Tower
Atlanta, Georgia  30303

MODERN VIDEO PRODUCTIONS
INNOVEST VIDEO, INC.
<u>JEAN F. MASON, III (B-13)</u>
Lawrence J. Fox, Esquire
Drinker, Biddle & Reath
1100 PNB Building
Broad & Chestnut Streets
Philadelphia, Pennsylvania  17107

<u>WRS, INC. d/b/a/ WRS MOTION
  PICTURE LABORATORY (B-14)</u>
Daniel J. Weis, Esquire
Weis & Weis
1121 Penn Avenue
Pittsburgh, Pennsylvania  15222

<u>KLM ASSOCIATES, INC. (B-16)</u>
Richard C. Spitzer, Esquire
Ebert & Bowytz
2000 L Street, N.W.
Suite 504
Washington, D.C.  20036

<u>N.F.L. FIlMS, INC. (B-12)</u>
Summit, Rovin & Felbesman
445 Park Avenue
New York, New York  10022

<u>CENTURY THREE, INC. (B-17)</u>
Arnold Bloom, Esquire
Bloom, Rosenwald & Witkin
1 Winthrop Square
Boston, Massachusetts  02110-1209

PAN AMERICAN FILMS d/b/a PAN
  AMERICAN FILM AND VIDEO
JOHN M. LEBLANC
<u>JOAN RICHARD DELBERT (B-18)</u>
W. Monroe Stephenson, Esquire
710 Carondelet Street
New Orleans, Louisiana  70130

<u>CAPITOL VIDEO COMMUNICATIONS, INC.
  (B-19)</u>
2121 Wisconsin Avenue, N.W.
Washington, D.C.  20007

EM COM, INC.
THE EM COM GROUP, INC.
EMCOM GRAPHIS
RICHARD A. DIERCKS
<u>LLOYD GROBLE (B-21)</u>
Patrick Delaney, Esquire
Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402

<u>COMTEL, INC. (C-24)</u>
Sanford L. Bohrer, Esquire
Thomson, Zeder, Bohrer, Werth
  & Razook
4900 SE Financial Center
Miami, Florida  33131-2363


Added to list per Jan. 13, 1989 letter

<u>DUBNER COMPUTER SYSTEMS, INC. (A-10</u> already
James Reisman, Esquire              remanded)
Gottlieb, Rackman & Reisman, P.C.
1430 Broadway, 9th Floor
New York, New York  10018

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _620_ -- In re Corporate Communications Consultants, Inc.
                        Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Video Channels Inc. | A-1 |
| Devlin Productions, Inc. | A-1 |
| Du Art Film Labs., Inc. | A-1 |
| Home Box Office, Inc. | A-1 |
| Lee Rothberg Productions, Inc. | A-1 |
| Magno Sound, Inc. | A-1 |
| Manhattan Transfer/Edit | A-1 |
| Modern Telecommunications, Inc. | A-1 |
| Movielab Video, Inc. | A-1 |
| NEP Productions, Inc. | A-1 |
| Precision Video Services, Inc. | A-1 |
| TVC Video, Inc. | A-1 |

p. 2

| | |
|---|---|
| ~~TV-R, Inc.~~ DISCONTINUED THIS DEFT. | A-1 |
| Editing Concepts, Inc. | A-1 |
| Tapepower, Inc. | A-1 |
| Windsor Total Video, Inc. Positive Transfer Ltd,Inc. | A-1 |
| Rank Cintel Limited Rank Precision Industries, Inc. | A-1 |
| Bell & Howell Co. Robert Bosch Gmbh | A-1 |
| JSL Video Services, Inc. | A-1 |
| Columbia Pictures Industries, Inc. | A-1 |
| Today Video, Inc. | A-1 |
| AME, Inc. Astin/Zappia (Norman Ross & Alta Video) | A-2 |
| Action Video | A-2 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bluth Video Systems | A-2 |
| Caballero Control Corp. | A-2 |
| Compact Video Services, Inc. | A-2 |
| Complete Post Production Center, Inc. | A-2 |
| Deluxe General, Inc. | A-2 |
| Entertainment Technology Corp. | A-2 |
| Foto-Kem Industries, Inc. | A-2 |
| Image Transform, Inc. | A-2 |
| Modern Videofilm, Inc. | A-2 |
| National Film Labs Off-Line, Inc. | A-2 |
| Republic Corp. | A-2 |

p.  4

| | |
|---|---|
| Ruxton, Ltd. | A-2 |
| Starfax, Inc. | A-2 |
| Studio Television Service, Inc. | A-2 |
| Trans-American Video, Inc. | A-2 |
| United Color Lab, Inc. | A-2 |
| Video Craftsmen, Inc. | A-2 |
| Video Innovations, Inc. | A-2 |
| Vidtronic, Inc. | A-2 |
| One Pass, Inc. dba One Pass Video | A-3 |
| Leo Diner Film, Inc. dba Diner & Allied Film and Video Services | A-3 |
| Lindsay A. Lautz & James E. Lautz dba Positive Video | A-3 |
| Optimus, Inc. | A-4 |

JPML FORM 3

p.  5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 620 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Post Pro Video, Ltd. | A-4 |
| Edit/Chicago | A-4 |
| MediaTech, Inc. | A-4 |
| Allied Film Laboratory, Inc. | A-5 |
| Producer's Color Service, Inc. | A-5 |
| Meilink Industries (General Television Network Division) | A-5 |
| Postique, Inc. | A-5 |
| Northwest Teleproductions, Inc. | A-6 |
| Digital Video Corp. | A-7 |
| Global Video Communications Corp. | A-7 |
| Crawford Communications, Inc. | A-8 |

p. ___6___

| | |
|---|---|
| Video Tape Associates, Inc. | A-8 |
| Fortel, Inc. | A-8 |
| Telemation Productions, Inc. | A-9 |
| Western National Studios Corp. | A-9 |
| Dubner Computer Systems, Inc. | A-10, B-11 |
| Image Mix, Inc. | B-11 |
| A.F. Associates, Inc. | B-12 |
| N.F.L. Films, Inc. | B-12 |
| Modern Video Productions | B-13 |
| Innovest Video, Inc. | B-13 |
| WRS, Inc. Motion Picture Lab. | B-14 |

P. ___7___

| | |
|---|---|
| Teknifilm, Inc. | B-15 |
| KLM Associates, Inc. | B-16 |
| Century Three, Inc. | B-17 |
| Pan-American Films | B-18 |
| John M. Leblanc | B-18 |
| Joan Richard Delbert | B-18 |
| Capitol Video Communications, Inc. | B-19 |
| Fortel, Inc. | B-20 |
| Em Com, Inc. | B-21 |
| Em Com Group, Inc. | B-21 |
| Emcom Graphis | B-21 |

JPML FORM 3

p.   8

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Richard A. Diercks | B-21 |
| Lloyd Groble | B-21 |
| E J | |
| Lindsay A. Lautz & James E. Lautz, and Positive Video | B-23 |
| Comtel, Inc. | C-24 |
| | |
| | |
| | |
| | |
| | |
| | |