JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -5 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 620

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CORPORATE COMMUNICATIONS CONSULTANTS, INC., PATENT LITIGATION

TRANSFER ORDER*

This docket presently consists of ten actions pending in ten districts as follows:[1]/

| | |
|---|---|
| C.D. California | 1 action |
| N.D. California | 1 action |
| M.D. Florida | 1 action |
| N.D. Georgia | 1 action |
| N.D. Illinois | 1 action |
| E.D. Michigan | 1 action |
| D. Minnesota | 1 action |
| D. New Jersey | 1 action |
| S.D. New York | 1 action |
| D. Utah | 1 action |

Before the Panel is a motion by Corporate Communications Consultants, Inc., (CCC), the plaintiff in all actions, to centralize the actions in the Southern District of New York pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. Five parties state that they support or do not oppose transfer, and 33 parties have responded in opposition to transfer. In the event the Panel does order transfer, various parties have suggested the Central District of California, the Northern District of Georgia and the Northern District of Illinois as alternative transferee forums.

---

\* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ On January 3, 1985, movant moved to amend its motion to include ten additional newly filed actions pending, respectively, in D. District of Columbia, N.D. Georgia, E.D. Louisiana, D. Maryland, D. Massachusetts, S.D. New York, D. New Jersey, D. Oregon, E.D. Pennsylvania, and W.D. Pennsylvania. This occurred too late for the actions to be included in the January 24, 1985, hearing held in this docket. These actions will be treated as potential tag-along actions in accordance with the Panel's Rules. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. There are approximately 70 remaining defendants in the ten actions. All but one of these defendants are accused of infringing CCC's "Rainbow" patent (which pertains to video color correction devices), and all but five are accused of conspiring with two of the five unnamed defendants to boycott CCC's patent license offers in violation of the antitrust laws. Transfer under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York is the appropriate transferee forum for this litigation. We note, inter alia, that 1) the Honorable John E. Sprizzo, to whom we are assigning this litigation, has already gained familiarity with the issues in the litigation as a result of presiding over an earlier filed related action; and 2) documents and witnesses concerning the patent validity issue are likely to be found at CCC's headquarters in the New York metropolitan area.

IT IS THEREFORE ordered that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending outside the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable John E. Sprizzo for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

                        FOR THE PANEL:

                        *Andrew A. Caffrey*
                        Andrew A. Caffrey
                        Chairman

SCHEDULE A

MDL-620 -- In re Corporate Communications Consultants, Inc. Patent Litigation

Central District of California

Corporate Communications Consultants, Inc. v. AME, Inc., et al., C.A. No. CV-84-4454 DWW (Mcx)

Northern District of California

Corporate Communications Consultants, Inc. v. One Pass, Inc., et al., C.A. No. 84-3970

Middle District of Florida

Corporate Communications Consultants, Inc. v. Digital Video Corp., et al., C.A. No. 84-633-Civ-Orl-18

Northern District of Georgia

Corporate Communications Consultants, Inc. v. Crawford Communications, Inc., et al., C.A. No. C-84-1464A

Northern District of Illinois

Corporate Communications Consultants, Inc. v. Edit/Chicago, Inc., et al., C.A. No. 84-C-6700

Eastern District of Michigan

Corporate Communications Consultants, Inc. v. Allied Film Laboratory, Inc., et al., C.A. No. 84-CV-3088 DT

District of Minnesota

Corporate Communications Consultants, Inc. v. Northwest Teleproductions, Inc., C.A. No. 4-84-Civ-771

District of New Jersey

Corporate Communications Consultants, Inc. v. Dubner Computer Systems, Inc., et al., C.A. No. 81-1608

District of Utah

Corporate Communications Consultants, Inc. v. Telemation Productions, Inc., et al., C.A. No. C-84-669W

Southern District of New York

Corporate Communications Consultants, Inc. v. American Video Channels, Inc., et al., C.A. No. 84-Civ-4178